IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:12CR3091 |
|---|---|
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| LINDA DURAN, | |
| Defendant. | |

IT IS ORDERED:

1) The motion of attorney John C. Vanderslice to withdraw as counsel of record for defendant Linda Duran, (filing no. 26), is granted.

2) Defendant's newly retained counsel, Carlos Monzon, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete John C. Vanderslice from any future ECF notifications herein.

October 15, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge