IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3091 |
| vs. | |
| LINDA DURAN, | MEMORANDUM AND ORDER |
| Defendant. | |

Following a hearing, and for the reasons stated on the record,

IT IS ORDERED that the defendant's motion for release, (Filing No. 36), is denied.

March 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge