IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LINDA DURAN,

        Defendant.

4:12CR3091

**MEMORANDUM AND ORDER**

At the Defendant's oral request and with the parties' consent,

    IT IS ORDERED:

1) Defendant's oral motion to continue, (filing no. 52), is granted.

2) The defendant's plea hearing will be held before the undersigned magistrate judge on March 27, 2013 at 10:30 a.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel in the motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

Dated this 7th day of March, 2013.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge